UNITED STATES of America,
Plaintiff–Appellee,

v.

Cindy MORAN–SANCHEZ,
Defendant–Appellant.

No. 10–14648
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 3, 2011.

Anne R. Schultz, Wifredo A. Ferrer, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, Lawrence D. Lavecchio, Assistant U.S. Attorney, Julia J. Vaglienti, United States Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Richard L. Rosenbaum, Arnstein & Lehr, LLP, Fort Lauderdale, FL, for Defendant–Appellant.

Before CARNES, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed as Cindy Moran–Sanchez's counsel for purposes of her appeal, filed a motion to withdraw supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Moran–Sanchez's conviction and sentence is **AFFIRMED.**